THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP MILLER, Appellant.

*Crimes — conviction of abortion.*

*People* v. *Miller*, 189 App. Div. 909, affirmed.

(Submitted April 27, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 7, 1919, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of abortion.

*Jacob L. Holtzman* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ. Absent: HISCOCK, Ch. J.